UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America,<br>vs.<br><br>Elisa Kaye Sanders,<br>Defendant. | Plaintiff, | Case No.: 20-cr-04-GKF<br>Date: 10/22/2021<br>Court Time: 1:00 p.m. to 1:41 p.m.<br><br>**MINUTE SHEET - SENTENCING** |

Gregory K. Frizzell, U.S. District Judge        K. Perkins, Deputy Clerk        Brian Neil, Reporter

Counsel for Plaintiff: Shannon Cozzoni        Counsel for Defendant: Mark Lyons, Martha Blackburn, Ret.
Probation Officer: Sean Dooley        Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel        ☐ Counsel waived        ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:        ☐ Objs by: ☐ Pltf ☐ Deft; ☒ No Objs;        ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;        ☒ Findings re: Plea Agreement Accepted
☒ Sentence re: Guideline; ☒ Findings made;        ☐ Departure: ☒ Variance:        ☐ Upward        ☒ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 110 ]:        ☒ Granted ☐ Denied        ☐ Granted/Denied in part        ☐ Moot

**SENTENCE: As to Count** 1 **of the Misdemeanor Information**

☒ Probation for a term of        3 years        ☐ Concurrent ☐ Consecutive ☐ Not Eligible
☒ Fine:        $25,000        ☐ With Interest ☒ Interest Waived ☐ Not Imposed
☒ Restitution:        $219.78        ☒ With Interest ☐ Interest Waived ☐ Not Applicable
☒ Special Monetary Assessment        $25        ☒ Due Immediately ☐ As Directed
☐ Order of Forfeiture [Dkt.        ]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☐ Firearm, Ammunition, et al Restriction        ☐ Gambling;        ☐ to include treatment
☒ DNA Sample        ☐ Home Detention Condition -        months*
☒ Controlled Substances Restriction        ☐ Immigration
☒ Prohibited from applying to reinstate nursing license during the term of Probation        ☐ Mental Health;        ☐ to include treatment
☐ Community Confinement -        months        ☐ Restitution
☐ Community Service -        hours        ☒ Search & Seizure
☐ Computer Restriction        ☐ Sex Offender - Paragraphs
☐ Curfew -        months*        ☐ Sober Living
☐ Domestic Violence Program        ☐ Substance Abuse Treatment & Testing
☐ Drug Testing        ☒ Drug Testing Suspended        ☐ Workforce Development
☒ Financial        *Entire cost of the electronic monitoring shall be paid by:        ☐ Prob ☐ Deft

***
☒ Defendant advised of right to appeal        Court recommends to BOP:
☒ Appeal affidavit required        ☐ Designate a facility located in or near:
        ☐ Residential Drug Abuse Treatment        ☐ Mental/Medical Evaluation
        ☐ Most comprehensive substance abuse treatment available
        ☐ Other:

☐ Deft to self surrender to designated institution by 2:00 p.m. on:        , U.S.M. to advise of institution;        ☐ Findings made
☒ Remaining counts ordered dismissed:        Indictment and Superseding Indictment
☒ Defendant released on Probation
**Additional Minutes:** Victim statement made by Breniss O'Neal